IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ATLANTIC CASUALTY INSURANCE COMPANY | ) CIVIL DIVISION |
| 400 Commerce Court | ) No: 11-939 |
| Goldsboro, North Carolina 27534 | ) |
| Plaintiff, | ) |
| vs. | ) |
| BRENT JESSEE RECORDING & SUPPLY, INC. | ) |
| 1566 West Algonquin Road #111 | ) |
| Hoffman Estates, Illinois 60192 | ) |
| and | ) |
| RYAN INMAN | ) |
| 824 Weirich Avenue | ) |
| Washington, Pennsylvania 15301 | ) |
| Defendants. | ) |

## ORDER OF COURT

AND NOW, this 30th day of May, 2012, upon consideration of Plaintiff's Motion for Summary Judgment and Brief in Support, and the lack of any oppostion thereto, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Summary Judgment is GRANTED and judgment is entered on Plaintiff's Complaint in favor of Plaintiff.

BY THE COURT:

_____, C.J.
CHIEF JUDGE GARY LANCASTER